HOUSE, Respondent, *v.* PATRICK, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by Louis House against William Patrick.

No opinion. Judgment and order affirmed, with costs.

---

*In re* HUNGERFORD'S WILL.

OSINCUP, Appellant, *v.* BURTON *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Proceeding for the probate of the will of Maria M. Hungerford, deceased.

No opinion. Decree of the surrogate's court of Broome county reversed, and a new trial of the issue of fact directed before a jury of the circuit court of Broome county; to be settled before MARTIN, J. Costs of this appeal to abide the final direction of the surrogate's court.

---

JAYCOX, Appellant, *v.* ELLIS, Respondent.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by James A. Jaycox against Richard W. Ellis, impleaded.

No opinion. Order modified by allowing the judgment to be amended *nunc pro tunc,* so as to conform to the provisions of the Code relating to the entry of judgment against joint debtors, and, as modified, order affirmed, without costs of this appeal to either party; the form of the order to be settled before MARTIN, J.

---

KUHN *et al.*, Respondents, *v.* Ess *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by Joseph Kuhn and others against Charles Ess and others.

No opinion. Orders affirmed, with $10 costs and disbursements.

---

LORD, Appellant, *v.* ATKINS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by William Lord against Albert H. Atkins and others.

No opinion. Judgment affirmed, with costs.

---

McQUADE, Respondent, *v.* SCRAFFORD, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by Thomas R. McQuade against Lodema Scrafford.

No opinion. Judgment affirmed, with costs. For former report, see 13 N. Y. Supp. 952.

---

*In re* MASON, Appellant, (HICKS, Respondent.)

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

No opinion. Order affirmed, without costs of appeal to either party. See 4 N. Y. Supp. 664; 14 N. Y. Supp. 435.

---

MOULTON, Respondent, *v.* O'SULLIVAN, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 13, 1892.)

Action by Frank E. Moulton against Dennis O'Sullivan.

No opinion. Motion denied, with $10 costs.